THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER JORGENSEN, Appellant.

Submitted December 15, 2014; decided January 20, 2015

Motion to strike so much of defendant's brief as refers to the sentencing minutes in *People v DePersia*, and to preclude consideration of such minutes by the Court of Appeals, denied.